UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:26-cv-01097-SP | Date | October 23, 2026 |
|---|---|---|---|
| Title | Thu Hoang, et al. v. Kieu Hoang, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:** **(In Chambers) Order to Show Cause Why Pro Hac Vice Application Should Not Be Denied for Failure to Comply With Local Rule 83-2.1.3.4**

On September 2, 2026, defendants filed an application for David Niemierzycki to appear in this case pro hac vice. Docket no. 37. The application designates Richard Busch as local counsel.

Local Rule 83-2.1.3.4 requires that designated local counsel maintain an office in the Central District of California for the practice of law, where the attorney is physically present on a regular basis. Mr. Busch declares under penalty of perjury that he maintains such an office in this district, but the application lists his office as being in Nashville, Tennessee. Further, the court can find no indication that Mr. Busch or his firm has an office in this district. Thus, the court questions whether Mr. Busch does maintain an office in this district.

A notice of deficiency issued by the court on September 3, 2026 pointed out this issue (docket no. 40), but there has been no response from defendants. Accordingly, the court hereby issues this Order to plaintiff to Show Cause in writing not later than **October 30, 2026** why the pro hac vice application should not be denied for failure to designate local counsel with an office on this district. If Mr. Busch does in fact maintain an office in this district from which he regularly practices, this office should be identified in the response to this order. Plaintiff may also discharge the Order to Show Cause by filing, not later than October 30, 2026, an amended pro hac vice application that corrects this issue.